UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 2:18-CR-5-PPS-APR |
| | ) | |
| RAYMOND WALTER UPTHEGROVE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before me on the findings and recommendation of Magistrate Judge Andrew P. Rodovich relating to defendant Raymond Walter Upthegrove's agreement to enter a plea of guilty to Counts 1 and 3 of the indictment, pursuant to Rule 11 of the Federal Rules of Criminal Procedure.  [DE 50.]  Following a hearing on the record on August 28, 2020 [DE 56], Judge Rodovich found that defendant understands the charges, his rights, and the maximum penalties; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; that the defendant knowingly and voluntarily entered into his agreement to enter a plea of guilty; and that defendant's change of plea hearing could not be delayed without serious harm to the interests of justice.  Judge Rodovich recommends that the Court accept defendant's plea of guilty and proceed to impose sentence.  Neither party has filed a timely objection to Judge Rodovich's findings and recommendation.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning Defendant Raymond Walter Upthegrove's plea of guilty, to which no objection has been filed, the Court hereby ADOPTS the findings and recommendation [DE 56] in their entirety.

Defendant Raymond Walter Upthegrove is adjudged GUILTY of Counts 1 and 3 of the indictment.

The sentencing hearing is set for May 11, 2021 at 1:00 p.m. Hammond/Central time.

SO ORDERED.

ENTERED: April 13, 2021.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT